UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BEDNAROWSKI and MICHAELS DEVELOPMENT, LLC, CITIZENS BANK

Plaintiffs,

v.

JOHN C. WALLACE, DAWN A. WALLACE, and UNITED STATES OF AMERICA,

Defendants,

and

JOHN C. WALLACE and DAWN A. WALLACE,

Cross-Claim Plaintiffs,

v.

UNITED STATES OF AMERICA,

Cross-Claim Defendants,

and

JOHN C. WALLACE and DAWN A. WALLACE,

Third-Party Plaintiffs,

v.

INVESTORS TITLE INSURANCE COMPANY and CITIZENS TITLE SERVICES, INC.,

Third-Party Defendants.

Case No. 02-60181
Hon. F. Kay Behm

**Order Renewing Judgment Against John C. Wallace**

---

This matter having come before the Court upon the Motion of Third-Party Defendant Investors Title Insurance Company ("Investors Title"), and the Court being otherwise fully advised in the matter;

**IT IS HEREBY ORDERED** that the Judgment entered on May 21, 2007, which was renewed on December 22, 2016 for an additional 10 years, against John C. Wallace in favor of Investors Title be renewed pursuant to Fed. R. Civ. P 69(a) and MCL 600.5809 for another 10 years, setting the new expiration date of the Judgment to be May 21, 2037;

**IT IS FURTHER ORDERED** that the current amount due and owing to Investors Title, with interest, as of September 24, 2026 , is $375,754.48.

SO ORDERED.

Date: October 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge